AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DEMETRIUS CONWELL,**

    **Petitioner,**

    vs.                                  No. C-05-2930 MMC (PR)

**JEANNE WOODFORD, et al.,**

    **Respondents.**
_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before December 8, 2005, may be extended to January 9, 2006.

Dated: November 30, 2005                  _____/S/_____
                                                   AJ KUTCHINS
                                                   Attorney for the Petitioner

Dated: December 1, 2005                 _____/S/_____
                                                   ROSS C. MOODY
                                                   Deputy Attorney General
                                                   Attorney for the Respondents

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to January 9, 2006.

Dated: December 2, 2005                 _/s/ Maxine M. Chesney_____
                                                   HON. MAXINE CHESNEY
                                                   United States District Judge

Stip. & Order Extending Time for Traverse