AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DEMETRIUS CONWELL,**

    **Petitioner,**

    vs.                                         No. C-05-2930 MMC (PR)

**JEANNE WOODFORD, et al.,**

    **Respondents.**
_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before January 9, 2006, may be extended to February 9, 2006.

Dated: January 4, 2006                         _____/S/_____
                                              AJ KUTCHINS
                                              Attorney for the Petitioner

Dated: January 4, 2006                         _____/S/_____
                                              ROSS C. MOODY
                                              Deputy Attorney General
                                              Attorney for the Respondents

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to February 9, 2006.

Dated: January 6, 2006                                      _____
                                              HON. MAXINE CHESNEY
                                              United States District Judge