AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DEMETRIUS CONWELL,**

    **Petitioner,**

    vs.                                         No. C-05-2930 MMC (PR)

**JEANNE WOODFORD, et al.,**

    **Respondents.**
_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

    The parties in the above-captioned action hereby stipulate that the time for filing Petitioner's Traverse, which is now due on or before February 9, 2006, may be extended to February 16, 2006.

Dated: February 7, 2006                     /S/
                                    AJ KUTCHINS
                                    Attorney for the Petitioner

Dated: February 7, 2006                     /S/
                                    ROSS C. MOODY
                                    Deputy Attorney General
                                    Attorney for the Respondents

    Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Traverse shall be and is extended to February 16, 2006.

Dated: February 8, 2006                     *[signature]*
                                    HON. MAXINE CHESNEY
                                    United States District Judge

Stip. & Order Extending Time for Traverse