IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS CONWELL,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Respondents.<br>_____ / | No. CV-05-2930 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.


Dated: September 27, 2007                                 Richard W. Wieking, Clerk

                                                                    *Tracy Lucero*

                                                                    By: Tracy Lucero<br>                                                                    Deputy Clerk