IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS CONWELL, | No. C 05-2930 MMC (PR) |
| Petitioner, | **ORDER AFFORDING PETITIONER LEAVE TO FILE REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY** |
| v. | |
| JEANNE WOODFORD, et al., | |
| Respondents / | |

On September 27, 2007, the Clerk entered judgment on the Court's September 25, 2007 order denying petitioner's petition for a writ of habeas corpus. On September 28, 2007, petitioner filed a notice of appeal.

An appeal from an order denying a petition for a writ of habeas corpus "may not be taken" unless the Court of Appeal or the district court issues a "certificate of appealability." See 28 U.S.C. § 2253(c). "If an applicant [for a writ of habeas corpus] files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue." See Fed. R. App. Proc. 22(b)(1). A district court shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2). An applicant makes such a showing by "demonstrat[ing] that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Miller-El v.

Cockrell, 537 U.S. 322, 338 (2003) (internal quotation and citation omitted).

Here, petitioner has not requested issuance of a certificate of appealability, either within his notice of appeal or otherwise.

Accordingly, the Court hereby affords petitioner leave to file, no later than November 2, 2007, a request for issuance of a certificate of appealability. In any such request, petitioner shall identify the specific issue or issues for which he seeks a certificate of appealability, and state why, as to each such issue, a certificate of appeability is appropriate. See 28 U.S.C. § 2253(b)(3) (providing certificate of appealability "shall indicate the specific issue or issues" as to which petitioner has made the requisite showing).

**IT IS SO ORDERED.**

Dated: October 3, 2007

MAXINE M. CHESNEY
United States District Judge