AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner
DEMETRIUS CONWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DEMETRIUS CONWELL,**

    **Petitioner,**

    vs.                                    No. **C-05-2930 MMC (PR)**

**JEANNE WOODFORD, et al.,**

    **Respondents.**
_____/

## CERTIFICATE OF APPEALABILITY

Having considered the Application of Petitioner Demetrius Conwell and all of the documents on file in this matter, and finding good cause therefor, the Court determines that Petitioner has made a substantial showing of the denial of a constitutional right in regard to three of the claims set forth in the above-captioned habeas corpus petition. The Court accordingly certifies the appealability of Petitioner's claims based on: (1) trial counsel's alleged ineffectiveness in failing to investigate and present forensic medical evidence, (see Order Denying Petition for Writ of Habeas Corpus, filed September 29, 2007, at 28:22-31:14); (2) the allegation that the state trial court did not adequately instruct the jury that petitioner could not be found guilty of involuntary manslaughter unless he caused the victim's death, (see id. at 16:25-19:19); and (3) the state trial court's alleged failure to adequately answer the jury's inquiries during deliberations, (see id. at 25:13-28:21).

**IT IS SO ORDERED.**

Dated: October 30, 2007                              _____
                                                          HON. MAXINE M. CHESNEY
                                                          United States District Judge