United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS CONWELL, | No. C 05-2930 MMC |
| Petitioner, | **ORDER CONDITIONALLY GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| JEANNE WOODFORD; THOMAS L. CAREY, | |
| Respondents / | |

On remand from and at the direction of the Ninth Circuit Court of Appeals, the petition for a writ of habeas corpus is hereby conditionally GRANTED, and respondents are directed to release petitioner from custody, unless, within ninety days of the filing of this order, the State of California grants petitioner a new trial.

**IT IS SO ORDERED.**

Dated: March 13, 2009

MAXINE M. CHESNEY
United States District Judge