IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS CONWELL,

        Petitioner,

  v.

JEANNE WOODFORD; THOMAS L. CAREY,

        Respondents.
                                      /

No. CV-05-2930 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** On remand from and at the direction of the Ninth Circuit Court of Appeals, the petition for a writ of habeas corpus is hereby conditionally GRANTED, and respondents are directed to release petitioner from custody, unless, within ninety days of the filing of this order, the State of California grants petitioner a new trial.

Dated: March 18, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

|  |  |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

DEMETRIUS CONWELL,

        Petitioner,

  v.

JEANNE WOODFORD; THOMAS L. CAREY,

        Respondents.
                                       /

No. CV-05-2930 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** On remand from and at the direction of the Ninth Circuit Court of Appeals, the petition for a writ of habeas corpus is hereby conditionally GRANTED, and respondents are directed to release petitioner from custody, unless, within ninety days of the filing of this order, the State of California grants petitioner a new trial.


Dated: March 18, 2009                                       Richard W. Wieking, Clerk

                                                                                  By: Tracy Lucero
                                                                                   Deputy Clerk